IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22- |
| v. | : | VIOLATION: |
| SAMIRAH BOKSMATI | : | 18 U.S.C. § 1542 (false statement in a passport application - 4 counts) |
| | : | 18 U.S.C. § 1542 (use of a passport secured by false statement – 3 counts) |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about March 24, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SAMIRAH BOKSMATI**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, defendant Boksmati stated that her passport was lost or stolen, when in fact, as defendant Boksmati knew, this statement was false in that her passport was in the custody of the Butler County Prothonotary pursuant to court orders.

In violation of Title 18, United States Code, Section 1542.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SAMIRAH BOKSMATI**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for L.B.'s use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, defendant Boksmati stated that L.B.'s passport was lost or stolen, when in fact, as defendant Boksmati knew, this statement was false in that L.B.'s passport was in the custody of the Butler County Prothonotary pursuant to court orders.

In violation of Title 18, United States Code, Section 1542.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SAMIRAH BOKSMATI**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for F.B.'s use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, defendant Boksmati stated that F.B.'s passport was lost or stolen, when in fact, as defendant Boksmati knew, this statement was false in that F.B.'s passport was in the custody of the Butler County Prothonotary pursuant to court orders.

In violation of Title 18, United States Code, Section 1542.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 24, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SAMIRAH BOKSMATI**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for N.B.'s use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, defendant Boksmati stated that N.B.'s passport was lost or stolen, when in fact, as defendant Boksmati knew, this statement was false in that N.B.'s passport was in the custody of the Butler County Prothonotary pursuant to court orders.

In violation of Title 18, United States Code, Section 1542.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 19, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SAMIRAH BOKSMATI**

willfully and knowingly used Passport No. A00980209, issued under the authority of the United States, the issuance of which was secured by a false statement made in the application therefor in which defendant Boksmati stated that her passport was lost or stolen, when in fact, as defendant Boksmati knew, this statement was false in that her passport was in the custody of the Butler County Prothonotary pursuant to court orders, which said passport defendant Boksmati used to gain entry into the United States.

In violation of Title 18, United States Code, Section 1542.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 19, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SAMIRAH BOKSMATI

willfully and knowingly furnished to F.B. Passport No. A00980208, issued under the authority of the United States, the issuance of which was secured by a false statement made in the application therefor in which defendant Boksmati stated that F.B.'s passport was lost or stolen, when in fact, as defendant Boksmati knew, this statement was false in that F.B.'s passport was in the custody of the Butler County Prothonotary pursuant to court orders, which said passport defendant Boksmati furnished to F.B. for use to gain entry into the United States.

In violation of Title 18, United States Code, Section 1542.

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 19, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

### SAMIRAH BOKSMATI

willfully and knowingly furnished to N.B. Passport No. A00980207, issued under the authority of the United States, the issuance of which was secured by a false statement made in the application therefor in which defendant Boksmati stated that N.B.'s passport was lost or stolen, when in fact, as defendant Boksmati knew, this statement was false in that N.B.'s passport was in the custody of the Butler County Prothonotary pursuant to court orders, which said passport defendant Boksmati furnished to F.B. for use to gain entry into the United States.

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

FOREPERSON

**JACQUELINE C. ROMERO**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

SAMIRAH BOKSMATI

## INDICTMENT

Counts

18 U.S.C. § 1542 (false statement in a passport application – 4 counts)
18 U.S.C. § 1542 (use of a passport secured by false statement – 3 counts)

A true bill.

_____
Foreman

Filed in open court this <u>15th</u> day,
of <u>September</u> A.D. 20 <u>22</u>

_____
Clerk

Bail, $ _____