AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania  ▾

| | |
|---|---|
| United States of America<br>v.<br><br>SAMIRAH BOKSMATI<br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.   22cr317<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SAMIRAH BOKSMATI                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  18:1542 - FALSE STATEMENT IN A PASSPORT APPLICATION - 4 COUNTS
  18:1542 - USE OF A PASSPORT SECURED BY FALSE STATEMENT - 3 COUNTS

Date:      09/16/2022                                                                        /s/ KEVIN EIBEL
                                                                                          *Issuing officer's signature*

City and state:     PHILA, PA                                            GEORGE WYLESOL, CLERK OF COURT
                                                                                          *Printed name and title*

*(seal: George Wylesol, Clerk of Court, U.S. District Court, Eastern District of PA)*

| **Return** |
|---|
| This warrant was received on *(date)*  9-14-22 , and the person was arrested on *(date)*  9-30-22<br>at *(city and state)*  PA . |
| Date:  9-30-22                                         *Diaplomatic Security Service*<br>                                                             *Arresting officer's signature*<br><br>                                                             _____<br>                                                             *Printed name and title* |